FILED

02/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 17-0393

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 17-0393

**ORIGINAL**

IN THE MATTER OF THE PRETRIAL
SUPERVISION ADVISORY COMMITTEE

O R D E R

The terms of the Honorable Ingrid Gustafson, the Honorable Alex Beal, Representative Barry Usher, County Attorney Scott Twito, Sheriff Leo Dutton, the Honorable Mike Salvagni (ret.), the Honorable Michael Moses, Senator Ryan Lynch, and Executive Director Rhonda Schaffer expired February 1, 2022. The Court thanks each member for their service to the Committee, to this Court, and to the people of Montana.

IT IS HEREBY ORDERED that the Honorable Ingrid Gustafson, the Honorable Alex Beal, Representative Barry Usher, County Attorney Scott Twito, Sheriff Leo Dutton, the Honorable Mike Salvagni (ret.), the Honorable Michael Moses, Senator Ryan Lynch, and Executive Director Rhonda Schaffer are reappointed to terms expiring February 1, 2024. Judge Salvagni shall serve as chair.

The Clerk is directed to provide a copy of this Order to all members of the Pretrial Supervision Advisory Committee, and Beth McLaughlin, Court Administrator.

DATED this 15 day of February, 2022.

_____
Chief Justice

_____

_____

FILED

FEB 1 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____
Justices